IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR PEREZ,<br><br>    Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, ACTING COMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO.: 2:21-CV-09567-RAO<br><br>[~~PROPOSED~~] ORDER |

The above captioned matter is dismissed with prejudice, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

DATED: April 28, 2022

*Rozella A. Oliver*

HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE